**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

QUINCY SHAW,               )
                                    )
          **Plaintiff,**      )
                                    )
v.                            )        **Case No. CIV-09-317-R**
                                    )
**MICHAEL J. ASTRUE,**     )
                                    )
          **Defendant.**    )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered March 24, 2010. Doc. No. 21. No objection to the Report and Recommendation has been filed. Therefore, the Report and Recommendation is ADOPTED in its entirety and the decision of Defendant Commissioner of the Social Security Administration is REVERSED and this case is remanded to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 7th day of April, 2010.


DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE